IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ANTHONY D. PHILLIPS and )
REBECCA E. PHILLIPS, )
Plaintiffs, )
)
v. ) Civil Action No. 3:17-cv-00519-JAG
)
)
WELLS FARGO BANK, N.A., )
and SAMUEL I. WHITE, P.C., )
Defendants. )

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER**

COMES NOW the Plaintiffs, by counsel, and hereby moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 7 of the Eastern District of Virginia to enter a preliminary injunction and/or temporary restraining order against the above named Defendants prohibiting the foreclosure sale of the Plaintiffs' property located at 11865 Winterpock Road, Chesterfield, Virginia 23838, pending the outcome of the litigation regarding this property. The foreclosure sale is currently scheduled for July 27, 2017 at 8:30am.

Grounds for this motion, as set forth in the accompanying memorandum of law, are that the Plaintiffs will be irreparably harmed, that the Plaintiffs are likely to succeed on the merits, and that an injunction would serve the public interest.

Opposing counsel has been notified by email and phone of Plaintiffs' motion in an attempt to give notice.

WE ASK FOR THIS:

ANTHONY D. PHILLIPS
and REBECCA E. PHILLIPS, by counsel

/s/Palmer E. Hurst
______________________________

Palmer E. Hurst VSB#90804
Heath J. Thompson, P.C.
4224 Holland Rd, Suite 108
Virginia Beach, Virginia 23452
757-480-0060 (o)
757-257-0088 (f)
palmer@heaththompson.com
*Counsel for Plaintiffs, Anthony and Rebecca Phillips*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2017, a true copy of the foregoing is being electronically filed with the Clerk of Court using the CM/ECF system, and a copy was mailed by U.S. mail to:

Benjamin A. Wills, Esq. VSB#88109
Bawills@kaufcan.com
Terry C. Frank, Esq. VSB#88109
tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
1021 E. Cary Street, 14th Floor
Richmond, Virginia 23219
804-771-5700 (o)
888-360-9092 (f)

Hunter W. Sims, Jr., Esq. VSB#09218
hwsims@kaufcan.com
Christy L. Murphy, Esq. VSB#73253
clmurphy@kaufcan.com
Kaufman & Canoles, P.C.
1021 E. Cary Street, 14th Floor
Richmond, Virginia 23219
804-771-5700 (o)
888-360-9092 (f)
*Counsel for Defendants*

/s/Palmer E. Hurst

Palmer E. Hurst VSB#90804
Heath J. Thompson, P.C.
4224 Holland Rd, Suite 108
Virginia Beach, Virginia 23452
757-480-0060 (o)

757-257-0088 (f)
palmer@heaththompson.com
*Counsel for Plaintiffs, Anthony and Rebecca Phillips*